IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS INC.. | Civil Action No. 08 CIV 4239 |
| Plaintiff, | **Rule 7.1 Statement** |
| GAF FOOD SERVICES, INC.<br>d/b/a SIN BANDERAS<br>and JEORGINA J. FLORES<br>and JAVIER FISCAL | |
| Defendants, | |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date: May 1, 2008                                    /s/ Paul J. Hooten
                                                                   Signature of Attorney
                                                                   Paul J. Hooten, Esq.
                                                                   Attorney Bar Code: PJH9510