A4 – CORPORATION
**1PJH970451** – PAUL J. HOOTEN, ESQ

### UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

—————————————————————

**J& J SPORTS PRODUCTIONS, INC.,**

     PLAINTIFF

– vs. –

**GAF FOOD SERVICES, INC. DBA SIN BANDERAS
ET AL,**

     DEFENDANT

—————————————————————

Index No: **08 CIV 4239**
Date Filed: **/  /**
Office No: **132846**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/15/2008** at **1:34PM** at **356 WASHINGTON STREET , NEWBURGH, NY 12550**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **GAF FOOD SERVICES, INC DBA SIN BANDERAS** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **GEORGINA FLORES, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

          SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BLACK**
          APP. AGE: **53**        APP. HT: **5'5**        APP. WT: **145**
          OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **05/20/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DANIEL KNIGHT
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML



