C9P – PERSONAL
PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**J& J SPORTS PRODUCTIONS, INC.,**
    PLAINTIFF

– vs. –

**GAF FOOD SERVICES, INC. DBA SIN BANDERAS
ET AL,**
    DEFENDANT
_____/

Index No: **08 CIV 4239**
Date Filed: **00/00/0000**
Office No: **132846**
Court Date: **N/A**

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **05/15/2008** at **1:34PM** at **356 WASHINGTON STREET ℅ GAF FOOD SERVICES, INC, NEWBURGH, NY 12550**, I served the **SUMMONS AND COMPLAINT** upon **JEORGINA J FLORES** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BLACK** |
| APP. AGE: **53** | APP. HT: **5'5** | APP. WT: **145** |
| OTHER IDENTIFYING FEATURES: | | |

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **JEORGINA J FLORES** the **DEFENDANT** in this action.

Sworn to before me on **05/20/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DANIEL KNIGHT
AAA ATTORNEY SERVICE CO OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1PJH970452**
ML

