IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC. )<br>)  Civil Action No. 08-CV-4239<br>         Plaintiff,                                      )<br>)<br>v.                                                            )<br>)<br>GAF FOOD SERVICES, INC.             )<br>d/b/a SIN BANDERAS                         )<br>and JEORGINA J. FLORES             )<br>and JAVIER FISCAL                          )<br>)<br>)<br>)<br>         Defendants.                                 ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the plaintiff's first request for admissions were sent to the following via U.S. Postal Service, first class mail, postage prepaid on July 30, 2008 to Michael A. Kraiza, Esq. 67 South Plank Road Newburgh, NY 12550.


BY:    /s/ Verena Orski
          Verena Orski
          Law Firm of Paul J. Hooten
          Attorneys for Garden City Boxing Club, Inc.
          5505 Nesconset Hwy., Ste. 203
          Mt. Sinai, NY 11766
          (631)331-0547