IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.    ) | |
|                             ) | Civil Action No. 08-CV-4239 |
|     Plaintiff,               ) | |
| v.                                    ) | |
| GAF FOOD SERVICES, INC.     ) | |
| d/b/a SIN BANDERAS           ) | |
| and JEORGINA J. FLORES     ) | |
| and JAVIER FISCAL           ) | |
|     Defendants.           ) | |

CERTIFICATE OF SERVICE

      I certify that a copy of the plaintiff's first request for initial disclosure pursuant to Fed. R. Civ. P. 26(A)(1)of interrogatories  were sent to the following via U.S. Postal Service, first class mail, postage prepaid on August 5, 2008 to Michael A. Kraiza, Esq. 67 South Plank Road, Newburgh New York, 12550.

                                           BY:     /s/ Verena Orski
                                                        Verena Orski
                                                         Law Firm of Paul J. Hooten
                                                        Attorneys for Garden City Boxing Club, Inc.
                                                        5505 Nesconset Hwy., Ste. 203
                                                        Mt. Sinai, NY 11766
                                                        (631)331-0547