**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**J & J SPORTS PRODUCTIONS, INC.**
                                    **Plaintiff,**                   **INDEX NO. 08-CV 4239**
            **-against-**

**GAF FOOD SERVICES, INC.**                        **NOTICE OF SETTLEMENT**
**d/b/a SIN BANDERAS**                              **AND ADMINISTRATIVE**
**and JEORGINA J. FLORES**                          **DISMISSAL**
**and JAVIER FISCAL**
                              **Defendants,**
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Plaintiff **J & J SPORTS PRODUCTIONS, INC.,**

(hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the

within and foregoing action as against the defendant and no party named herein being an

infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action

with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced

specific Defendants, wherein Defendants will pay a certain consideration over a period of

time not to exceed November30, 2008.  The Clerk's Office, in its discretion, is authorized

to administratively close this case due to this settlement.  However, the Plaintiff specifically

reserves the right, in the event of any non-payment, to reopen and reinstate its claim

against Defendant.  Alternatively, upon completion of the terms of this settlement, Plaintiffs

will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules

1

of Civil Procedure.


Dated: October 2, 2008                    By:    /s/ Paul J. Hooten
        Mt. Sinai, New York                        Paul J. Hooten, Esquire
                                            Attorney for Plaintiff
                                            5505 Nesconset Highway, Suite 203
                                            Mt Sinai, NY 11766
                                            Telephone : (631) 331-0547
                                            Facsimile: (631) 331-2627


**SO ORDERED** this _____day of _____, 2008


_____
**HON. THOMAS P. GRIESA**
**UNITED STATES DISTRICT JUDGE**



## <u>CERTIFICATE OF SERVICE</u>

The foregoing document was duly served on the following:


Michael A. Kraiza, Esquire
Attorney for Defendants
67 South Plank Road
Newburgh, NY 12550

via United States Postal Service, postage prepaid on the 2nd day of October, 2008


                                      /s/ Paul J. Hooten
                                      Paul J. Hooten